ARTHUR KISH ET AL. *v.* PLANNING AND ZONING BOARD OF THE CITY OF MILFORD

ALCORN, HOUSE, THIM, RYAN and SHAPIRO, JS.

Argued February 4—decided February 4, 1970

*Stephen I. Traub,* for the appellant (defendant).

*Stephen E. Ronai,* for the appellees (plaintiffs).

PER CURIAM. The trial court erred in substituting its judgment for that of the defendant board. *Sobol v. Planning & Zoning Commission,* 158 Conn. 623, 262 A.2d 185; *Belknap v. Zoning Board of Appeals,* 155 Conn. 380, 384, 232 A.2d 922, and cases cited; see *Hawkes v. Town Plan & Zoning Commission,* 156 Conn. 207, 240 A.2d 914.

There is error, the judgment is set aside and the case is remanded with direction to dismiss the appeal.